AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| STEVEN MANCUSO-HAITZ <br> *Plaintiff* <br> v. <br> US NAVY and US NAVY RECRUITER SGT. SPARKS <br> *Defendant* | ) ) ) ) ) Civil Action No. 18-CV-6193 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   the Plaintiff's complaint is dismissed sua sponte with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Michael A. Telesca   on a motion for   N/A

Date:   Mar 12, 2018

*CLERK OF COURT*

s/Mary C. Lowenguth

*Signature of Clerk or Deputy Clerk*